RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 09.07.06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Civ. Act. No. 6:98-CV-2316 |
| versus | |
| 280.18 Acres of Land, More or Less, Situated in St. Landry Parish, State of Louisiana, and Leila Ferguson Frazier, et al. and Unknown Owners | Judge Tucker L. Melançon<br><br>Magistrate Judge Methvin |

## ORDER

Considering the Report and Recommendation [Rec. Doc. 93] submitted by the Atchafalaya Basin Land Commission, it is

ORDERED that the Report and Recommendation be and is hereby ADOPTED by the Court.

THUS DONE AND SIGNED this 6th day of September, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge